BP-A0297
MAY 15

# Transfer Inquiry and Review

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| 1. Name<br>JOHNSON, MARK | 2. Date of Birth<br>02/06/1966 |
| 3. Register Number<br>81220-053 | 4. Citizenship<br>United Kingdom |
| 5. Institution<br>FMC Devens, MA | 6. Place of Birth<br>United Kingdom |
| 7. Sentence<br>24 months incarceration / 3 years supervised release | 8. Offense<br>Conspiracy to Commit Wire Fraud |
| 9. Language Preference English | |
| 10. ✓ Eligible<br>Ineligible | 11. If ineligible:<br>___ Less than six months to serve<br>___ Currently pending appeal<br>___ Mexican National - Immigration Charges Only<br>___ Mexican National - Life Sentence<br>___ Other per PS 5140.42 |

H. Gallant [signature]
Case Manager (PRINT/SIGNATURE)

[signature]
Reviewed by Unit Manager (PRINT/SIGNATURE)

**YES, I AM INTERESTED:**
I hereby indicate an interest in being transferred to continue serving the sentence imposed by United States Judicial Authorities to the country of citizenship or nationality indicated above. I understand that this is just an inquiry to obtain data before the actual request for transfer and is not binding upon either the government or me. I understand that I will need to contact my consulate and notify them of my interest in transfer in order for my home country to verify my citizenship or nationality and to initiate any separate transfer procedure applicable in my country. I understand that failure to make such contact may significantly delay or prevent a favorable decision on my transfer request. I understand that upon approval for transfer, I will be required to attend a consent verification hearing before a United States Magistrate Judge. I have indicated above the language preference for my verification hearing and understand an interpreter will be available if necessary.

I understand I am not eligible for transfer if I have an appeal or collateral attack pending, but that I may apply for transfer when the appeal or collateral attack process has concluded.

| | |
|---|---|
| Inmate Signature [signature] | Date 8.5.2021 |

**NO, I AM NOT INTERESTED:**
I hereby indicate that at this time, I am NOT interested in being transferred to continue serving the sentence imposed by the United States Judicial authorities, to the country of the citizenship indicated above. I understand I can apply at any time.

| | |
|---|---|
| Inmate Signature | Date |

File in Inmate Central File, Section 2, except if FOI Exempt



FILE IN SECTION 2 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 2